07-01-0046-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



DECEMBER 12, 2001


______________________________



JOHN EDWARD JAROCH
,




 Appellant


v.



THE STATE OF TEXAS, 




 Appellee

_________________________________



FROM THE 180TH DISTRICT COURT OF HARRIS COUNTY;



NO. 859,156; HON. DEBBIE STRICKLIN, PRESIDING


_______________________________



Before BOYD, C.J., QUINN and REAVIS, JJ. 


 John Edward Jaroch (appellant) appeals his conviction for sexual assault of a child. 
Through three issues, he contends that 1) his counsel was ineffective, 2) the trial court
erred in excluding testimony regarding the victim's prior sexual relationship and 3) the trial
court erred in excluding appellant's written statement during punishment. These issues
are identical to those raised in John Edward Jaroch v. State, No. 07- 00-0045-CR, pending
in this court. Consequently, we adopt the reasoning and discussion in our opinion issued
this day in cause number 07-00-0045-CR and conclude that it sufficiently disposes of the
three issues appellant raises at bar. In doing so, we also overrule appellant's contentions
and affirm the judgment entered below.

 Brian Quinn 

 Justice 

 

 

Do not publish. 

 





















 



AN STYLE="font-family: Times New Roman"> Accordingly, appellant's appeal is hereby permanently abated.


 John T. Boyd

 Senior Justice


Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. 
Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2003).